JS-6

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY 19 2008

CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DORIAN GONZALEZ, | Case No. CV 07-4989-JSL (MLG) |
| Petitioner, | JUDGMENT |
| v. | |
| V.M. ALMAGER, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the petition is denied with prejudice.

Dated: May 15, 2008

_____
J. Spencer Letts
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY 20 2008

CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY